**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **MICHEL OMAR COLLAZO GONZALEZ** <br><br> xxx–xx–0435 <br><br> Debtor(s) | Case No. **22–02360 EAG** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 8/16/22 |

*ORDER*

The motion filed by Debtor Michel Omar CollaZo Gonzalez requesting to pay filing fees in installments (docket #3) is hereby denied does not comply Rule 1006–1 (a).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, August 16, 2022 .

Edward A. Godoy
United States Bankruptcy Judge