**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: **MICHEL OMAR COLLAZO GONZALEZ** <br> SSN xxx-xx-0435 <br><br> Debtor(s) | CASE NO: **22-02360-EAG** <br><br> Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **08/14/2022**

Days From Petition Date: **31**

910 Days Before Petition: **02/14/2020**

Chapter 13 Plan Date: **08/14/2022** ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: **09/14/2022 at 2:00PM**

341 Meeting Date: **09/14/2022 at 2:00PM**

Confirmation Hearing Date: **10/07/2022 at 2:30PM**

Plan Base: **$30,000.00**   Plan Docket # **6**

This is the _____ scheduled meeting.

Total Paid In: **$0.00**

---

*APPEREANCES:   ☒ Telephone   ☐ Video Conference

Debtor: ☐ Present ☒ Absent ☐ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☐ Examined    ☒ Not Examined under Oath          ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☒ Creditor(s) Present        ☐ None

FIRST BANK- ROMERO; BPPR- RIVERA; COOP. SANTA ISABEL -REINGIFO

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **LYSSETTE A MORALES VIDAL***

Total Agreed: **$1,500.00**    Paid Pre-Petition: **$1,500.00**    Outstanding (Through the Plan): **$0.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☐ Under Median Income 36 months  ☐ Above Median Income 60 months §1325(b)(1)(B)

Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ _____   Estimated Priority Debt: $ _____

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

The Trustee:   ☐ NOT OBJECTS   ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting   ☑ CONTINUED   ☐ NOT HELD   ☐ CLOSED

☐ HELD OPEN FOR ____ DAYS until _____ pursuant to 1308. After this date the meeting is deemed CLOSED.

§341 Meeting Rescheduled for: NOVEMBER 1, 2022 AT 1:00P.M. VIA GOOGLE MEET.

Comments: Debtor is sick. (Medical certificate was submitted by his counsel). Also, the filing of the schedules is still pending.

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

***TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6)** The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor has failed to provide all the information needed for the Trustee to adequately comply with his duties (DSO claimant contact information, bank account information, employer postal address, etc.) This information is collected through an electronic form identified as "Debtor Certification." Debtors may access the Debtor's Certification Form in the Trustee's web site or through the following link: https://www.ch13-pr.com/debtors/debtor-certification .This form must be filled before confirmation of the plan.

Debtor has failed to submit complete contact information of the DSO claimant/s. Debtor must submit claimant's/s' address and telephone number.

Debtor have failed to submit evidence of income made during the 6 month period prior to the filing of the case (Feb 2022 - Jul 2022). The Trustee cannot verify adequately Means Test data without evidence of income. Debtor's commitment period cannot be determined at this time. Trustee to verify income (Schedule I and MT) once this evidence is submitted.

Debtor has failed to submit evidence to sustain the value given to car listed in schedule B.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to pay 100% of [507] priority claims. [1322(d)(1)]

[1325(a)(8)] DSO Payment Default – Debtor(s) is in default with post-petition DSO payments.

Debtor has failed to provide evidence of being current with post-petition DSO payments up to the present date. Furthermore, debtor must continue providing such evidence up to case confirmation.

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

Debtor has failed to comply Tax filing requirements. No evidence has been received in support of the filing of required tax returns 4 years (2018-2021) prior to the filing of the Voluntary Petition or Modelo 2781 indicating why Debtor is not required to file tax returns.

*OTHER COMMENTS / OBJECTIONS

Debtor has failed to file SOFA, schedules I & J.

NOTE: The filing fees were filed in installment.

/s/ Jose R. Carrion, Esq.

**Trustee**

Meeting Date: Sep 14, 2022

/s/ Mayra Arguelles, Esq., Presiding Officer

Last Docket Verified: 24  Last Claim Verified: 5  **Case Administrator:  Nannette Godreau**