```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>MICHEL OMAR COLLAZO GONZALEZ<br><br>DEBTOR (S) | CASE NO. 22-02360-EAG<br><br>CHAPTER 13 |

```
                    NOTICE OF CONTINUANCE OF
                     341 MEETING OF CREDITORS
```

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed Sep 14, 2022 at 2:00 pm has been continued to

Tue Nov 1, 2022 at 1:00 pm and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: pwi-odks-njk

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: pwi-odks-njk

**By Phone Please Dial: +1 787-333-6333**, Access Code: 9905147274971

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Tuesday, September 20, 2022.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

```
                              /s/ Jose R. Carrion
                              Office of Jose R. Carrion
                              Chapter 13 Trustee
                              PO Box 9023884, Old San Juan Station
                              San Juan, PR  00902-3884
                              Tel. (787) 977-3535 / Fax. (787) 977-3551
```

22-02360-EAG                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| COOP A/C SANTA ISABEL<br>PO BOX 812<br>SANTA ISABEL, PR 00757-0812 | FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| LYSSETTE A MORALES VIDAL*<br>URB VILLA BLANCA<br>#76 CALLE AQUAMARINA<br>CAGUAS, PR 00725 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| ASUME<br>PO BOX 71442<br>SAN JUAN, PR 00936-8542 | DEPARTMENT OF TREASURY<br>BANKRUPTCY DEPT OFF 424B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| LYSSETTE A MORALES VIDAL<br>LYSSETE MORALESLAW OFFICE<br>76 CALLE AQUAMARINA URB VILLA BLANCA<br>CAGUAS, PR 00725 | MICHEL OMAR COLLAZO GONZALEZ<br>4304 DOGWOOD TERRACE<br>BURTONSVILLE, MD 20866 |
| BALTIMORE TAXPAYER SVC<br>STATE OFFICE BLDG<br>301 W PRESTON ST STE 206<br>BALTIMORE,, MD 21201-2326 | LUIDMILA ORTIZ MARRERO<br>12 CALLE LUCHETTI<br>VILLALBA,, PR 00766-1614 |
| VIRMARILIS FLORES MELENDEZ<br>HC 1 BOX 32195<br>JUANA DIAZ, PR 00795 | ASUME - VIRMARILIS FLORES MELENDEZ - 0564942<br>PO BOX 71316<br>SAN JUAN, PR 00936 |
| ASUME - JESSICA CARATINI RIVERA - 0310525<br>PO BOX 71316<br>SAN JUAN, PR 00936 | |

DATED: September 20, 2022

CAROLINE MARTINEZ
OFFICE OF THE CHAPTER 13 TRUSTEE