IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02360-EAG13 |
| MICHEL OMAR COLLAZO GONZALEZ | Chapter 13 |
| xx-xx-0435 | |
| Debtor(s) | FILED & ENTERED ON DEC/22/2022 |

ORDER AND NOTICE

The hearing on confirmation is hereby rescheduled from January 12, 2023 to March 9, 2023 at 1:30 PM, via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedures for Remote Appearances as per Notice 22-29 In Re: Amended Procedures for Remote Appearances, found on the homepage of our Website at https://www.prb.uscourts.gov.  [Note: 341 not held].

Deadline to Object to Confirmation of the Plan:  A timely objection to the confirmation of the plan must be filed in accordance with P.R. LBR 3015-2.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of December, 2022.

Edward A. Godoy
United States Bankruptcy Judge